IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES DOZE,

Plaintiff(s),

v.

TIMBERS AT TUALATIN, et al.,

Defendant(s).

Civil No. 3:26-cv-01053-JR

**ORDER OF REMAND**

IT IS ORDERED that the parties' Stipulated Motion to Remand to State Court [7] is GRANTED and this action is REMANDED to the Circuit Court for the State of Oregon for the County of Multnomah. Pending motions, if any, are DENIED AS MOOT.

Dated this 14th day of July, 2026.

by /s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge